Appeals for the Seventh Circuit denied.  *Mr. Albert H. Graves* for petitioner.  *Mr. H. H. Bliss* for respondent.

---

No. 660. SOUTHERN PACIFIC COMPANY, CLAIMANT, ETC., ET AL., *v.* STAG LINE, LIMITED, CLAIMANT, ETC. October 28, 1918.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Parker Kirlin* for petitioners.  *Mr. William B. Lockhart* for respondent.

---

No. 662. ALASKA STEAMSHIP COMPANY *v.* NATIONAL CARBON COMPANY.  October 28, 1918.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. Harrison Gray Platt, Mr. Henry Crofut White* and *Mr. Robert Treat Platt* for petitioner.  *Mr. D. Roger Englar* and *Mr. Oscar R. Houston* for respondent.

---

No. 665. BOSTON & ALBANY RAILROAD COMPANY *v.* CHARLES J. BJORNQUIST, BY HIS NEXT FRIEND, ALFRED WIGGIN.  October 28, 1918.  Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.  *Mr. Lowell A. Mayberry* for petitioner.  *Mr. Bernard J. Killion* and *Mr. Charles Toye* for respondent.

---

No. 668. YAZOO & MISSISSIPPI VALLEY RAILROAD COMPANY ET AL. *v.* PHILIP S. CRAIG ET AL., EXECUTORS, ETC.  October 28, 1918.  Petition for a writ of certiorari to the Supreme Court of the State of Mississippi denied.